**FILED**
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )     Case No. 2:06-cr-390 EJG
        Plaintiff,             )
                               )     ORDER FOR RELEASE
v.                             )     OF PERSON IN CUSTODY
                               )
Hong Zeng,                     )
                               )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Hong Zeng   Case 2:06-cr-390 EJG   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

   X    $350,000 Unsecured bond, to be co-signed by designated family members and to be secured within 48 hours

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond secured by Real Property

   __   Corporate Surety Bail Bond

   X    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 10/23/06 at 4:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge