1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  HONG BI ZENG

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11                                          )
   UNITED STATES OF AMERICA,                )   Criminal No. 2:06-cr-0390 EJG
12                                          )
            Plaintiff,                      )   **AMENDED STIPULATION**
13                                          )   **AND ORDER TO CONTINUE**
        v.                                  )   **SEPTEMBER 28, 2007 STATUS**
14                                          )   **CONFERENCE AND EXCLUDE**
   HONG ZENG, and                           )   **TIME**
15 JIA ZHOU                                 )
                                            )
16                                          )
            Defendants.                     )
17 _____)

18
       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
   Robert M. Twiss, counsel for the plaintiff, John M. Runfola, counsel for HONG ZENG, and
20
   Douglas Rappaport, counsel for JIA ZHOU,  that the status conference now scheduled for
21
   September 28, 2007 at 10:00 a.m.., is extended until October 5, 2007 at 10:00 a.m., or as
22
   soon thereafter as is convenient for the Court.
23
       This continuance is sought by the defense in order to permit further review of
24
   discovery, continuation of on-going investigation, and consultation with the defendants.
25
       No party objects to the requested continuance.
26
       The court interpreter Yolanda Riley Portal has been notified and has indicated that
27
   October 5, 2007 is an available date for the interpreter's office.
28

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from September 28, 2007 through October 5, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:   09/27 /2007                                     /s/
                                                 ROBERT M. TWISS
                                                 Counsel for Plaintiff


Dated:   09/27 /2007                                     /s/
                                                 JOHN M. RUNFOLA
                                                 Attorney for HONG BI ZENG


Dated:   09/27/2007                                      /s/
                                                 DOUGLAS RAPPAPORT
                                                 Counsel for JIA ZHOU


**ORDER**

**IT IS SO ORDERED**

Dated: September 27, 2007              /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       Senior United States District Court Judge

Stipulation and Order                           - 2 -