JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
HONG BI ZENG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HONG ZENG, and<br>JIA ZHOU<br><br>    Defendants.<br>_____ | Criminal No. 2:06-cr-0390 EJG<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE SEPTEMBER 28, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, John M. Runfola, counsel for HONG ZENG, and Douglas Rappaport, counsel for JIA ZHOU, that the status conference now scheduled for September 28, 2007 at 10:00 a.m.., is extended until October 5, 2007 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

    This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

    No party objects to the requested continuance.

    The court interpreter Yolanda Riley Portal has been notified and has indicated that October 5, 2007 is an available date for the interpreter's office.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2 continue to be excluded from September 28, 2007 through October 5, 2007, pursuant to 18
3 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

4    **IT IS SO STIPULATED.**

5

6 Dated:    09/27 /2007                              /s/
                                          ROBERT M. TWISS
7                                         Counsel for Plaintiff

8
  Dated:    09/27 /2007                              /s/
9                                         JOHN M. RUNFOLA
                                          Attorney for HONG BI ZENG
10

11
  Dated:    09/27/2007                               /s/
12                                        DOUGLAS RAPPAPORT
                                          Counsel for JIA ZHOU
13

14

15
                             **ORDER**
16
      **IT IS SO ORDERED**
17

18 Dated:  September 27, 2007          /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
19                                     Senior United States District Court Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order                    - 2 -