JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
HONG BI ZENG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE JANUARY 18,** |
| v. ) | **2008 SENTENCING HEARING** |
| HONG ZENG, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, John M. Runfola, counsel for HONG ZENG, that the sentencing hearing now scheduled for January 18, 2008 at 9:00 a.m.., is extended until March 7, 2008 at 9:00 a.m., or as soon thereafter as is convenient for the Court. This continuance is sought because additional time is needed by the defense and prosecution to address sentencing issues.

No party objects to the requested continuance.

**IT IS SO STIPULATED.**

Dated:     12/ 14/2007                             _____/s/_____
                                                                    ROBERT M. TWISS
                                                                    Counsel for Plaintiff

Dated:   11/29 /2007            _____/s/_____
                                JOHN M. RUNFOLA
                                Attorney for HONG BI ZENG

**ORDER**

**IT IS SO ORDERED this 20th day of December, 2007.**

                                **/s/ Edward J. Garcia**

                                HON. EDWARD J. GARCIA
                                Senior United States District Court Judge