```
JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
HONG BI ZENG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONG ZENG,<br><br>　　　　Defendants.<br>_____ | Criminal No. 2:06-cr-0390 EJG<br><br>**STIPULATION AND ORDER<br>TO CONTINUE PSR SCHED.<br>RE: JANUARY 18, 2008<br>SENTENCING HEARING** |

THE UNDERSIGNED PARTIES HEREBY STIPULATE to the following PSR disclosure schedule: The Proposed PSR report has already been disclosed; Objections by February 15, 2008; Final report to the Court February 22, 2008; Defendant's Sentencing memorandum due by February 29, 2008.

**IT IS SO STIPULATED.**

Dated:   12/ 20/2007                              /s/
                                        ROBERT M. TWISS
                                        Counsel for Plaintiff


Dated:   12/20 /2007                              /s/
                                        JOHN M. RUNFOLA
                                        Attorney for HONG BI ZENG

**ORDER**

**IT IS SO ORDERED**

Dated: _1/7/08_____          _/s/ Edward J. Garcia_____
                                 HON. EDWARD J. GARCIA
                                 Senior United States District Court Judge