1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  HONG BI ZENG

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                                          )
    UNITED STATES OF AMERICA,                ) Criminal No. 2:06-cr-0390 EJG
12                                          )
            Plaintiff,                       ) **STIPULATION AND ORDER**
13                                          ) **TO CONTINUE MARCH 7, 2008**
        v.                                   ) **SENTENCING HEARING**
14                                          )
    HONG ZENG,                               ) **AS MODIFIED\***
15                                          )
                                            )
16                                          )
            Defendants.                      )
17  _____)

18
        IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
    Robert M. Twiss, counsel for the plaintiff, John M. Runfola, counsel for HONG ZENG, and
20
    Linda Dillon, United States Probation Officer, that the sentencing hearing now scheduled for
21
    March 7, 2008 at *10:00 a.m.., is extended until April 25, 2008 at *10:00 a.m., or as soon
22
    thereafter as is convenient for the Court.  This continuance is sought because additional time
23
    is needed by the defense and prosecution to address sentencing issues.
24
        No party objects to the requested continuance.
25
            **IT IS SO STIPULATED.**
26

27  Dated:      03/ 04/2008                          _____/s/_____
                                                     ROBERT M. TWISS
28                                                   Counsel for Plaintiff

Dated:      03/04 /2008                    /s/
                                           JOHN M. RUNFOLA
                                           Attorney for HONG BI ZENG


Dated:      3/04/2008                      /s/
                                           LINDA DILLON
                                           United States Probation Officer


**ORDER**

**IT IS SO ORDERED**

Dated:   March 5, 2008                     /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           Senior United States District Court Judge

Stipulation and Order                - 2 -